1-29-2015

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED
2015 FEB -2 PM 12: 01
Keith E. Hotte
KEITH E. HOTTLE, CLERK

Fourth Court of Appeals

300 Dolorosa, Ste 3200

San Antonio, TX 78205 - 3037

RE: Trial Court Case No. CV-14-0000180

Appeals Court Case No. 04-14-00675-CV

Trial Court Case No. CV-14-0000180

Appeals Court Case No. 04-14-00674-CV

Please file the above referenced cases certificates of service accordingly.

Thank you,

John M Donahue, pro se

JOHN M DONAHUE

Duncan Unit 1895093

1502 South 1st St

Diboll, TX 75941



Verification

I, JOHN M. DONOHUE, APPELLANT, PRO SE, UNDER PENALTY of PERJURY; VERIFY AND DECLARE THAT THE CLAIMS AND ALLEGATIONS CONTAINED IN APPELLANT'S FIRST AMENDED BRIEF ARE TRUE AND CORRECT; APPEALS COURT CASE NO. 04-14-00674-CV, TRIAL COURT CASE NO. CV-14-0000180, JOHN M. DONOHUE V DANIEL R. BUTTS, et al..

EXECUTED ON THIS THE 29TH DAY of JANUARY, 2015.

Certificate of Service

I, JOHN M. DONOHUE CERTIFY THAT APPELLANT'S FIRST AMENDED BRIEF WAS SENT BY 1ST CLASS US MAIL ON THIS 29TH DAY OF JANUARY, 2015, TO:

McGINNIS LOCKRIDGE

MICHAEL A. SHAUNESSY

600 CONGRESS AVE, STE 2100

AUSTIN, TX. 78701

John H Donohue, pro se

APPELLANT

DUNCAN UNIT 1895073

1502 SOUTH 1ST ST

DIBOLL, TX 75941

10



Certificate of Service

I, John M Dowling, certify that Appellant's First
Amended Brief, Appeals Court No. 04-14-00675-CV, Trial Court
No. CV-14-0003239 John M Dowling v Bandera County Sheriff's
Department, et. al., was sent via 1st Class US Mail, on this
the 29th day of January, 2015, to:

McGinnis Lockridge
Michael A. Shaughnessy
600 Congress Ave, Ste 2100
Austin, Tx 78701


John M Dowling, pro se
Appellant
Duncan Unit 1895073
1502 South 1st St
Diboll, Tx 75941



FOREVER

Fourth Court of Appeals
300 Dolorosa, Ste 3200
San Antonio, TX 78205-3037

78205303799

2015 FEB -2 PM 12:01

AT SAN ANTONIO

H. HOUSTON
TX 773
31 MAY '15
PM 1 L